PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 16 2023
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Zachius M. Stevens SO#199506
Plaintiff's Name and ID Number

Lubbock County Detention Center
Place of Confinement

CASE NO. 5-23CV-182-H
(Clerk will assign the number)

v. SHERIFF, Kelly S. Rowe
3502 N. Holly Lubbock, TX 79403
Defendant's Name and Address

CHIEF DEPUTYLE, Mike Reed
3502 N. Holly Lubbock, TX 79403
Defendant's Name and Address

CHIEF DEPUTY DETENTION, Cody Scott
3502 N. Holly Lubbock, TX 79403
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit:_____
   2. Parties to previous lawsuit:
      Plaintiff(s)_____
      Defendant(s)_____
   3. Court: (If federal, name the district; if state, name the county.)_____
   4. Cause number:_____
   5. Name of judge to whom case was assigned:_____
   6. Disposition: (Was the case dismissed, appealed, still pending?)_____
   7. Approximate date of disposition:_____

2

II. PLACE OF PRESENT CONFINEMENT: Lubbock County Detention Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES  ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Zachius. M. Stevens, L.C.D.C. P.O. Box 10535, Lubbock, TX 79408

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Kelly S. Rowe, Sheriff, L.C.D.C. 3502 N. Holly Lubbock, TX 79403 (Sueing under individual Capacities)
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
failed to train his employees correctly, Neglect

Defendant #2: Mike Reed, Chief Deputy LE, L.C.D.C. 3502 N. Holly Lubbock, TX 79403 (Sueing under individual Capacities)
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
failed to train his employees correctly, Neglect

Defendant #3: Cody Scott, Chief Deputy Detention, L.C.D.C. 3502 N. Holly Lubbock, TX 79403 (Sueing under individual Capacities)
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
failed to train his employees correctly, Neglect

Defendant #4: Mr. Pharr, Deputy Jailer Corp., L.C.D.C. 3502 N. Holly Lubbock, TX 79403 (Sueing under individual Capacities)
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Neglect, Deliberate indifference, Violation of Equal Protection, Suuverdisory Liabilities

Defendant #5: Mr. Basaldua, Deputy Jailer, L.C.D.C. 3502 N. Holly Lubbock, TX 79403 (Sueing under individual Capacities)
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Deliberate indifference, Assault, 8th Amendment Violation, Deprivation of my inmate rights and Privileges, Violation of Equal Protection

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On July 27, 2023 in 3-C Pod of S.H.U. in L.C.D.C. between, or around 7:40 to 8:11 p.m. I asked officer Basaldua if I could get a tablet, because I didn't recieve one from the shift before he came on? Mr. Basaldua told me that I wasn't getting a tablet, because of something that happened yesterday. I then told Mr. Basaldua, he can't deprive me of my inmate rights due to the U.S. Postal mail being placed on the tablet, further whatever happened yesterday has nothing to do with today. Mr. Basaldua then told me that it didnt have nothing to do with him, but in reality this situation has everything to do with him due to Mr. Basaldua being the sole authority figure

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Punitive Damages in the amount of 80,000.00$ from each Defendant, Compensatory Damages in the amount of 80,000.00$ from each Defendant, Also 100.00$ a day for every day I was left on Admin.-Separation by Mr. Pharr

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Zachius.M.Stevens, BlueGod

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ#2138775, Fed Reg#07748-510, S.O.#199506

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

4

Attachment Too: STATEMENT OF CLAIM V. Page. 4

(Pod officer) over 3-C Pod. At this time Mr. Basaldua was also running Pill-call helping hand out medication, by the time they got to my cell 209-3-C, once Mr Basaldua opened my food Port (Slot) for Pill-call. I made my mind up to Put my right arm out the food Port (Slot) to hold it until they got rank down to talk to me, or gave me what's just due, but instead Mr. Basaldua, without warning or telling me to Put my arm back in the Slot nore calling D.R.T team into the Pod which is Proper Protecal. He grabbed my arm and started bending it the direction it's not suppose to go while slaming the lid to the food Port (Slot) repeatedly also doing this to my left arm until I was cut, bleeding, and bruised w/swelling. Once Mr. Basaldua Seen I would not give in to his assaults and harmful treatment, he moved on with Pill-call leaving me cut and bloody. When Pill-call was done Mr. Basaldua finaly called rank or the acting Sgt. which was Corp. Pharr w/ D.R.T. Alonzo and 1 nurse to check out my fresh lacerations that was caused by Mr. Basaldua slaming my arms in the food Port. The nurse checked me out and said she would set me up for an X-ray. After the nurse left, Corp. Pharr talked to me and told me he was going to see if I had a tablet, if not I would be given one. An at the same time D.R.T. Alonzo took Pictures of both my arms and the evidence of harm that was done to my body. Shortly after it was confirmed I didn't have a tablet none that day, I was given one. After the use of the tablet,

Attachment Too: STATEMENT OF CLAIM V. Page.4
the Pod officer came over the intercom and told me I was being Placed on Admin.-Sep. and would be moving shortly to where they house those inmates. I asked why and got no reply back, this decision was made by Corp. Pharr even after finding out my cause was Just, and that I didn't recieve a tablet and would have been deprived of my inmate rights and Privileges for that day by Mr. Basaldua, Mr. Pharr Placed me under a more harsh restriction. I asked could I talk to Mr. Pharr and was told "NO", I was then transfered to 112-3-B S.H.U. Ad-Separation for standing up for my inmate rights, Something thats a given due to me having to check my mail at least once a day. Unequal treatment is at a all time high in L.C.D.C. this is throughout S.H.U. and Population.

C. Has any court ever warned or notified you that sanctions could be imposed?   ____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: _____
              DATE

_____
(Signature of Plaintiff)


## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____11____ day of __August__, 20 _23_.
            (Day)              (month)           (year)

_Zachius Marquis Stevens_
(Signature of Plaintiff)

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5

# General Complaint/Request Form - #16,282,233

| | | | |
|---|---|---|---|
| From: | ZACHIUS STEVENS (199506) | Date Submitted: | 07/28/2023 7:52 PM |
| Housing Area: | 3B 112 | Date Received: | 08/02/2023 7:47 PM |
| Assigned To: | D-Shift | Status: | **CLOSED** |

### Request

Sergeant-Warwick..on July, 27 2023 at 7:40 to 8:11 p.m in 3-C pod..I asked officer Basaldua for a tablet because I didn't get one the shift before his. Officer Basaldua told me that I was not going to get a tablet because of something that happened yesterday. I told officer Basaldua that yesterday does not have anything to do with today and I didn't get one.. So officer Basaldua told me that didn't have anything to do with him and that I was not going to get a tablet.when I was talking to officer Basaldua he was doing pill call at room 201..so when he came to my door 209 for pill call and opened my food tray slot. I stuck my arm out the food tray slot..At that point instead of officer Basaldua telling me to remove my arms from the food tray slot.. Officer Basaldua just got to bending my arm in the opposite possion and slamming my right then left arm in the food tray slot. After officer Basaldua harmful tactics seem to not work..officer Basaldua finished doing pill call.. After he was done doing pill call.. Officer Basaldua called courple Pahhrr and drt Alonzo..both ranking officer Pahhrr and drt Alonzo talked to me. Drt Alonzo took pictures of the harm done to both my arms.. I would like to press charges..I don't feel like that was the right thing to do.. I am a human being as everybody elsa in this world..thank you for your time in this matter..

### Response by **Sgt. C. Warwick** on **08/04/2023** at **9:58 AM**

Mr. Stevens

I have reviewed the camera footage regarding the incident. Officer Basaldua appeared to give verbal commands prior to attempting to force your arms back inside of the food port. Placing your arm through the food port and refusing to put it back in willingly has resulted in disciplinary cases written against you for violating facility rules.
Officer Basaldua was acted reasonably and did not use an excessive amount of force given the totality of the circumstances in an effort to force your arms back into your cell. It appears on camera Officer Basaldua chose to stop attempting to force your arms back into your cell and walked away from your cell with the food port door open. Officer Basaldua called for additional officers in order de-escalate the situation.
Medical staff evaluated you and you were medically cleared to remain in the facility.

I recommend following facility rules and not hijacking the food ports in the future. As I stated previously, 5 facility incidents have been logged against you, two of which were uses of force due to you refusing to follow verbal directives. What we expect from you while in our facility is compliance and failure to follow lawful directives could result in uses of force against you. Thank you for bringing this incident to my attention. Feel free to contact me in the future if you have a valid grievance or complaint of misconduct.

Respectfully,

Sgt. Warwick

Printed on 08/07/2023 at 12:08 PM                                                                                    Page 1 of 2

# Grievance - 9981   (SJM Ref #16,282,061)

| | |
|---|---|
| From: ZACHIUS STEVENS (199506) | Date Submitted: 07/28/2023 7:36 PM |
| Housing Area: 3B 112 | Date Received: 08/04/2023 2:04 PM |
| Assigned To: D-Shift | Status: **CLOSED** |

**Request**

# Lubbock County Sheriff's Office - Detention Division

Inmate Grievance Form

NOTE: Any form not properly filled out completely <u>WILL NOT BE PROCESSED</u>

A GRIEVANCE IS:
    1) A VIOLATION OF CIVIL RIGHTS
    2) A CRIMINAL ACT
    3) UNJUST DENIAL OF INMATE RIGHTS OR PRIVILEGES
    4) PROHIBITED ACT BY FACILITY OR STAFF

Only fill this form out if one of these acts have occurred. If you feel this is a grievance, complete and submit grievance form and it will be delivered to the grievance officer.

**Statement:**

On July,27 2023 at 7:40 to 8:11 in 3--D pod i ask officer Basaldua for a tablet because I didn't get one the shift before his...officer Basaldua told me that I was not going to get a tablet because of something that happened yesterday.. So I said yesterday does not have anything to do with today,and I didn't get one.officer Basaldua then told me that it didn't have anything to do with him..at the time officer Basaldua was talking to me he was doing pill call at room 201..so when he came to my door for pill call and opened my food tray slot.. I stuck my arm out the food tray slot.. At this point, instead of officer Basaldua telling me to remove my arms..officer Basaldua just got to bending my arm in the opposite possion and slamming my right arm at first in then my left arm food tray slot..when none of his harmful tactics seem to work..officer Basaldua finished doing pill call.. After pill call officer Basaldua called courple Pahhrr and drt Alonozo..both ranking officer and drt talked to me..drt Alonzo took pictures of the harm done to both my arms.. I would like to file charges..

**Signature**

Zachius Stevens

This statement is true and correct to the best of my knowledge and belief.

Printed on 08/11/2023 at 9:46 AM            Page 1 of 3

Response by **Sgt. M. Wilson** on **08/02/2023** at **8:35 PM**

Speak with your Attorney about this.

Appeal by the **Inmate** on **08/03/2023** at **8:14 PM**

On july 27,2023 at 7:40 to 8:11 p.m.I asked officer Basaldua if I could get a tablet because I didn't get one from the shift that had just left.. Officer Basaldua told me i was not getting a tablet because of something that happened yesterday. I told officer Basaldua that what ever happen yesterday does not have nothing to do with today. Officer Basaldua told me that it didn't have anything to do with him. At this time officer Basaldua was helping run pill-call. So when officer Basaldua got to my cell 209-3-c for pill call and opened my food port slot. I had already made my mind up to put my right arm out into rank came or they give me a tablet. Without warning, or telling me to put my arm back in the food port slot, or calling D.R.T team which is proper protecal. Officer Basaldua started bending my arm in the direction its not suppose to go while slamming the lid to the food port slot repeatedly into I was cut, bleeding, w/swelling.Once officer Basaldua seen I was not giving in to his assault and harmful treatment. He moved on with pill-call leaving me cut and bloody. After officer Basaldua was done with pill-call. He finally called rank or the acting Sgt which was corp.Pharr with D.R.T Alonzo and 1 nurse. After the nurse checked me out she said she would put me in for a x-ray (which I went to this morning). After the nurse left corp. Pharr talked to me and told me that he was going to check and see if I had a tablet for the day and if I haven't. That I would be given one. At the same time D.RT.Alonzo was taking pictures of both my arms and the evidence of harm that was done to my body. Shortly after it was confirmed I had not had a tablet for the day. I was given one. After the use of the tablet. The pod officer came over the intercom and told me I was being placed on Admin.-sep.and would be moving to were those inmates where housed at.I asked why and got no reply back,this decision was made by corp.Pharr even after finding out my cause was just, and that I didn't receive a tablet and would have been deprived of my inmate rights and privileges for that day by officer Basaldua, Mr.Pharr placed me under more harsh restrictions. I asked if I could talk to Mr.Pharr and was told "NO". I was transferred to 112-3-b S.H.U,Ad-Separation for standing up for my inmate rights, something that is a given due to me having to check my mail at least once a day. Unequal treatment is at a all time high in L.C.D.C.this is throughout S.H.U and population. So I want officer Basaldua terminated, and kept away from me into he is terminated. Thank you for your time in this matter.

Appeal response by **Lt. K. Payne** on **08/11/2023** at **5:57 AM**

Mr. Stevens, I have reviewed the footage of what you call the assault on you by Officer Basaldua. You are far from telling the truth about the situation. Officer Basaldua did try to get you to remove your arm by talking with you, which is conveyed in the report written by Officer Basaldua in reference to this situation. You tried to take control of the food port, and the officer, for safety and security, was trying to remove the threat to those things by placing your arms back into the cell. Your actions caused this situation to escalate and is the sole reason behind the use of force happening. The officer did not have any intent on trying to harm or injure you in anyway, but your actions forced the officer to try and use soft hand techniques to control the incident. The officer did not use excessive force or even seem to try and move your arm in awkward or unusual positions. Mr. Stevens you do not get to demand what may or may not happen with an officer. The situation has been reviewed and once the officer determined he was unable to control the situation by himself, he asked for assistance. You need to be mindful of how you act towards the officers and give them respect just like you ask for from them. Your were seen by medical once the

Printed on 08/11/2023 at 9:46 AM                                             Page 2 of 3

situation was safe and cleared. Thank you.

Lubbock County Detention Center
Zachius. M. Stevens
SO#199506
PO Box 9133
Seminole, FL 33775-9133

RECEIVED
AUG 16 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District C
1205 Texas Ave. Room 20
Lubbock, TX 79401-409|

LUBBOCK TX PDC 79
14 AUG 2023 PM

